IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DEBORAH BAUER-ROBERTSON, et al.,
    Plaintiffs,

v.                                      Civil Action No. 3:20-cv-827

HANOR LAW FIRM, PLLC,
    Defendant.

## FINAL ORDER

On May 7, 2021, the plaintiffs filed a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 27.) The Court acknowledges this voluntary dismissal and **DIRECTS** the Clerk to close this case.

It is so **ORDERED**.

Let the Clerk send a copy of this Order to all counsel of record.

Date: <u>10 May 2021</u>
Richmond, VA

                                        /s/
                            John A. Gibney, Jr.
                            United States District Judge